# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LYDALL, INC., DAVD G. BILLS, JAMES J. CANNON, MARC T. GILES, PAUL W. GRAVES, SARA A. GREENSTEIN, SUZANNE HAMMETT, and KATHERINE C. HARPER,<br><br>　　　　Defendants. | Case No. 2:21-cv-11969-VAR-CI<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Christopher Jones ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 11, 2021 **WEISSLAW LLP**

By  */s/ Richard A. Acocelli*
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*