UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JONES,

    Plaintiff,

v.                                                    Case No. 21-11969
                                                     Honorable Victoria A. Roberts

LYDALL, INC., ET AL.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #4)

**IT IS ORDERED** that this matter is dismissed with prejudice.

                                                        s/ Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United State District Judge

Dated: 11/17/2021